Vierling, Admrx., v. Ellwood City Federal Savings
& Loan Association (et al., Appellant).

Argued March 26, 1947. Before MAXEY, C. J., DREW,
LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Lee E. Whitmire, Jr.*, with him *Swaney & Lucas*, for appellant.

*Robert L. Orr*, with him *Reed & Ewing*, for appellee.

PER CURIAM, April 14, 1947:
The judgment is affirmed upon the opinion of Judge SOHN.